| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2024 to 07/31/2025
### Chapter 13 Case No. 25-11823-PMM

| | |
|---|---|
| Melanie Ann Moyer | Petition Filed Date: 05/08/2025 |
| 9 West Hunter Street | 341 Hearing Date: 06/24/2025 |
| Lyon Station  PA    19536 | Confirmation Date: |

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 06/03/2025 | $185.00 | | 07/03/2025 | $185.00 | | | | |

**Total Receipts for the Period: $370.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $565.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | DAVID W TIDD ESQ | Attorney Fees | $0.00 | $0.00 | $0.00 |
| 1 | PA DEPARTMENT OF REVENUE<br>»» 001 | Priority Crediors | $724.05 | $0.00 | $0.00 |
| 2 | ALLY BANK<br>»» 002 | Unsecured Creditors | $990.77 | $0.00 | $0.00 |
| 3 | PENNYMAC  LOAN SERVICES LLC<br>»» 003 | Mortgage Arrears | $817.24 | $0.00 | $0.00 |
| 4 | BANK OF AMERICA NA<br>»» 004 | Unsecured Creditors | $3,849.42 | $0.00 | $0.00 |
| 5 | HYUNDAI MOTOR FINANCE COMPANY<br>»» 005 | Secured Creditors | $354.82 | $0.00 | $0.00 |
| 6 | JEFFERSON CAPITAL SYSTEMS LLC<br>»» 006 | Unsecured Creditors | $3,043.88 | $0.00 | $0.00 |
| 7 | JEFFERSON CAPITAL SYSTEMS LLC<br>»» 007 | Unsecured Creditors | $3,598.73 | $0.00 | $0.00 |
| 8 | QUANTUM3 GROUP LLC<br>»» 008 | Unsecured Creditors | $772.50 | $0.00 | $0.00 |
| 9 | JEFFERSON CAPITAL SYSTEMS LLC<br>»» 009 | Unsecured Creditors | $6,653.08 | $0.00 | $0.00 |
| 10 | LENDINGCLUB CORPORATION<br>»» 010 | Unsecured Creditors | $14,164.94 | $0.00 | $0.00 |
| 11 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 011 | Unsecured Creditors | $10,721.51 | $0.00 | $0.00 |
| 12 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 012 | Unsecured Creditors | $2,320.18 | $0.00 | $0.00 |
| 13 | QUANTUM3 GROUP LLC<br>»» 013 | Unsecured Creditors | $16,179.34 | $0.00 | $0.00 |
| 14 | USAA FEDERAL SAVINGS BANK<br>»» 014 | Unsecured Creditors | $5,485.83 | $0.00 | $0.00 |

Chapter 13 Case No. 25-11823-PMM

## SUMMARY

Summary of all receipts and disbursements from date filed through 7/31/2025:

| | | | |
|---|---|---|---|
| Total Receipts: | $565.00 | Current Monthly Payment: | $192.21 |
| Paid to Claims: | $0.00 | Arrearages: | $11.63 |
| Paid to Trustee: | $31.08 | Total Plan Base: | $11,098.15 |
| Funds on Hand: | $533.92 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.