UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br><br>MELANIE ANN MOYER | CASE NO: 4:25-bk-11823<br>**DECLARATION OF MAILING CERTIFICATE OF SERVICE**<br>Chapter: 13<br>ECF Docket Reference No. 31 |

On 2/11/2026, I did cause a copy of the following documents, described below,

Moyer, Melanie 1st Amended Chapter 13 Plan ECF Docket Reference No. 31

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 2/11/2026

/s/ David W. Tidd, Esq.
David W. Tidd, Esq.  88203
Attorney at Law
David W. Tidd Law
200 Spring Ridge Drive, Second Floor, Suite 200
Wyomissing, PA 19610
610-838-8700
bankruptcy@davidtiddlaw.com

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br><br>MELANIE ANN MOYER | CASE NO: 4:25-bk-11823<br><br>**CERTIFICATE OF SERVICE**<br>**DECLARATION OF MAILING**<br><br>Chapter: 13<br>ECF Docket Reference No. 31 |

On 2/11/2026, a copy of the following documents, described below,

Moyer, Melanie 1st Amended Chapter 13 Plan ECF Docket Reference No. 31

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 2/11/2026

_____
Miles Wood
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
David W. Tidd, Esq.
David W. Tidd Law
200 Spring Ridge Drive, Second Floor, Suite 200
Wyomissing, PA  19610

**(The following pages contain parties served via First Class USPS Mail Service unless stated otherwise.)**

CASE INFO

LABEL MATRIX FOR LOCAL NOTICING
NCRS ADDRESS DOWNLOAD
CASE 425-BK-11823
EASTERN DISTRICT OF PENNSYLVANIA
WED FEB 11 8-44-12 PST 2026

MERRICK BANK
PO BOX 10368
GREENVILLE  SC 29603-0368

EXCLUDE

(U)PENNYMAC LOAN SERVICES  LLC

EXCLUDE

READING
UNITED STATES BANKRUPTCY COURT
OFFICE OF THE CLERK  GATEWAY BUILDING
201 PENN STREET  1ST FLOOR
READING  PA 19601-4038

ALLY BANK
RESURGENT CAPITAL SERVICES
PO BOX 10368
GREENVILLE  SC 29603-0368

BANK OF AMERICA
ATTN BANKRUPTCY
4909 SAVARESE CIR
TAMPA  FL 33634-2413

BANK OF AMERICA
PO BOX 982238
EL PASO  TX 79998-2238

BANK OF AMERICA  NA
PO BOX 673033
DALLAS  TX 75267-3033

BARCLAYS BANK DELAWARE
ATTN BANKRUPTCY
PO BOX 8801
WILMINGTON  DE 19899-8801

BARCLAYS BANK DELAWARE
PO BOX 8803
WILMINGTON  DE 19899-8803

CAPITAL BANK NA
2275 RESEARCH BLVD
STE 600
ROCKVILLE  MD 20850-6238

CAPITAL BANK NA
PO BOX 8130
RESTON  VA 20195-2030

CAPITAL ONE
ATTN BANKRUPTCY
PO BOX 30285
SALT LAKE CITY  UT 84130-0285

CAPITAL ONE
PO BOX 31293
SALT LAKE CITY  UT 84131-0293

COMENITYCAPITALBOSCOV
ATTN BANKRUPTCY DEPT
PO BOX 182125
COLUMBUS  OH 43218-2125

COMENITYCAPITALBOSCOV
PO BOX 182120
COLUMBUS  OH 43218-2120

HYUNDAI CAPITAL AMERICA DBA HYUNDAI MOTOR FI
PO BOX 20809
FOUNTAIN VALLEY  CA 92728-0809

(P)HYUNDAI MOTOR FINANCE COMPANY
PO BOX 20809
FOUNTAIN VALLEY CA 92728-0809

HYUNDAI MOTOR FINANCE
ATTN BANKRUPTCY
PO BOX 20829
FOUNTAIN VALLEY  CA 92728-0829

(P)JEFFERSON CAPITAL SYSTEMS LLC
PO BOX 7999
SAINT CLOUD MN 56302-7999

LENDING CLUB
595 MARKET ST
SAN FRANCISCO  CA 94105-5839

EXCLUDE

LENDING CLUB
ATTN BANKRUPTCY
595 MARKET ST
SAN FRANCISCO  CA 94105-5839

LENDINGCLUB BANK  NA
PO BOX 884268
LOS ANGELES  CA 90088-4268

(D)MERRICK BANK
PO BOX 10368
GREENVILLE  SC 29603-0368

PENNYMAC LOAN SERVICES  LLC
CO KML LAW GROUP
701 MARKET STREET SUITE 5000
PHILADELPHIA  PA 19106-1541

PENNYMAC LOAN SERVICES  LLC
PO BOX 2410
MOORPARK  CA 93020-2410

(P)PORTFOLIO RECOVERY ASSOCIATES LLC
PO BOX 41067
NORFOLK VA 23541-1067

```
PENNSYLVANIA DEPARTMENT OF REVENUE      PENNYMAC LOAN SERVICES  LLC         PENNYMAC LOAN SERVICES  LLC
BANKRUPTCY DIVISION                     ATTN CORRESPONDENCE                 PO BOX 514387
PO BOX 280946                           UNIT PO BOX 514387                  LOS ANGELES  CA 90051-4387
HARRISBURG  PA  17128-0946              LOS ANGELES  CA 90051-4387


QUANTUM3 GROUP LLC AS AGENT FOR         QUANTUM3 GROUP LLC AS AGENT FOR     SYNCHRONY BANKAMAZON
COMENITY CAPITAL BANK                   CROWN ASSET MANAGEMENT LLC          ATTN BANKRUPTCY
PO BOX 788                              PO BOX 788                          PO BOX 965060
KIRKLAND  WA  98083-0788                KIRKLAND  WA  98083-0788            ORLANDO  FL 32896-5060


SYNCHRONY BANKAMAZON                    SYNCHRONY BANKSAMS CLUB             SYNCHRONY BANKSAMS CLUB
PO BOX 71737                            ATTN BANKRUPTCY                     PO BOX 71727
PHILADELPHIA  PA 19176-1737             PO BOX 965060                       PHILADELPHIA  PA 19176-1727
                                        ORLANDO  FL 32896-5060


SYNCHRONYPAYPAL CREDIT                  SYNCHRONYPAYPAL CREDIT              USAA FEDERAL SAVINGS BANK
ATTN BANKRUPTCY                         PO BOX 71727                        ROBERTSON  ANSCHUTZ  SCHNEID
PO BOX 965064                           PHILADELPHIA  PA 19176-1727         CRANE  PARTNERS  PLLC
ORLANDO  FL 32896-5064                                                      6409 CONGRESS AVENUE  SUITE 100
                                                                            BOCA RATON  FL 33487-2853


EXCLUDE

UNITED STATES TRUSTEE                   USAA FEDERAL SAVINGS BANK           USAA FEDERAL SAVINGS BANK
OFFICE OF UNITED STATES TRUSTEE         10750 MCDERMOTT FWY                 ATTN BANKRUPTCY
ROBERT NC NIX FEDERAL BUILDING          SAN ANTONIO  TX 78288-0002          9800 FREDERICKSBURG RD
900 MARKET STREET                                                           SAN ANTONIO  TX 78288-0001
SUITE 320
PHILADELPHIA  PA 19107-4202


EXCLUDE                                 EXCLUDE                             EXCLUDE

DAVID W TIDD                            MELANIE ANN MOYER                   (P)SCOTT F WATERMAN CHAPTER 13 TRUSTEE
DAVID W TIDD  ESQUIRE                   9 WEST HUNTER STREET                2901 ST LAWRENCE AVE
200 SPRING RIDGE DRIVE                  LYON STATION  PA 19536              SUITE 100
SUITE 100                                                                   READING PA 19606-2265
WYOMISSING  PA 19610-3343
```