United States Bankruptcy Court

Eastern District of Pennsylvania

In re:

Melanie Ann Moyer
    Debtor

Case No. 25-11823-pmm

Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-4 | User: admin | Page 1 of 3

Date Rcvd: Apr 02, 2026 | Form ID: 155 | Total Noticed: 38

The following symbols are used throughout this certificate:

**Symbol**      **Definition**

+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^          Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 04, 2026:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Melanie Ann Moyer, 9 West Hunter Street, Lyon Station, PA 19536 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| 15019010 | Email/PDF: MerrickBKNotifications@Resurgent.com | Apr 03 2026 00:31:03 | Ally Bank, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 15006443 | Email/Text: BAC_CreditCard_BNC_Emails@g2risksolutions.com | Apr 03 2026 00:21:00 | Bank of America, PO Box 982238, El Paso, TX 79998-2238 |
| 15006444 | Email/Text: BAC_CreditCard_BNC_Emails@g2risksolutions.com | Apr 03 2026 00:21:00 | Bank of America, Attn: Bankruptcy, 4909 Savarese Cir, Tampa, FL 33634-2413 |
| 15025146 | Email/Text: BAC_CreditCard_BNC_Emails@g2risksolutions.com | Apr 03 2026 00:21:00 | Bank of America, N.A., PO Box 673033, Dallas, TX 75267-3033 |
| 15006446 | Email/Text: BarclaysBankDelaware@tsico.com | Apr 03 2026 00:21:00 | Barclays Bank Delaware, Attn: Bankruptcy, PO Box 8801, Wilmington, DE 19899-8801 |
| 15006445 | Email/Text: BarclaysBankDelaware@tsico.com | Apr 03 2026 00:21:00 | Barclays Bank Delaware, PO Box 8803, Wilmington, DE 19899-8803 |
| 15006447 | Email/PDF: MerrickBKNotifications@Resurgent.com | Apr 03 2026 00:30:42 | Capital Bank N.A., PO Box 8130, Reston, VA 20195-2030 |
| 15006448 | Email/PDF: MerrickBKNotifications@Resurgent.com | Apr 03 2026 00:30:54 | Capital Bank N.A., 2275 Research Blvd, Ste 600, Rockville, MD 20850-6238 |
| 15006450 | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 03 2026 00:30:42 | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 15006449 | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 03 2026 00:30:53 | Capital One, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 15006451 | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Apr 03 2026 00:21:00 | ComenityCapital/Boscov, PO Box 182120, Columbus, OH 43218-2120 |
| 15006452 | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Apr 03 2026 00:21:00 | ComenityCapital/Boscov, Attn: Bankruptcy Dept, PO Box 182125, Columbus, OH 43218-2125 |
| 15006453 | Email/Text: Hcabankruptcy-courtnotices@hcamerica.com | Apr 03 2026 00:22:00 | Hyundai Motor Finance, 10550 Talbert Ave, Fountain Valley, CA 92708-6031 |
| 15026375 | + Email/Text: Hcabankruptcy-courtnotices@hcamerica.com | Apr 03 2026 00:22:00 | Hyundai Capital America DBA Hyundai Motor Finance, P.O. Box 20809, Fountain Valley, CA 92728-0809 |
| 15006454 | Email/Text: Hcabankruptcy-courtnotices@hcamerica.com | Apr 03 2026 00:22:00 | Hyundai Motor Finance, Attn: Bankruptcy, PO Box 20829, Fountain Valley, CA 92728-0829 |
| 15027592 | Email/Text: JCAP_BNC_Notices@jcap.com | | |

|  |  |  | Apr 03 2026 00:22:00 | Jefferson Capital Systems, LLC, PO BOX 7999, SAINT CLOUD, MN 56302-9617 |
|---|---|---|---|---|
| 15006456 | + | Email/Text: Documentfiling@lciinc.com | Apr 03 2026 00:21:00 | Lending Club, Attn: Bankruptcy, 595 Market St, San Francisco, CA 94105-5839 |
| 15006455 | + | Email/Text: Documentfiling@lciinc.com | Apr 03 2026 00:21:00 | Lending Club, 595 Market St, San Francisco, CA 94105-5839 |
| 15028093 | + | Email/Text: Documentfiling@lciinc.com | Apr 03 2026 00:21:00 | LendingClub Bank, NA, P.O. BOX 884268, Los Angeles, CA 90088-4268 |
| 15076632 |  | Email/PDF: MerrickBKNotifications@Resurgent.com | Apr 03 2026 00:30:54 | Merrick Bank, PO Box 10368, Greenville, SC 29603-0368 |
| 15024157 | + | Email/PDF: ebnotices@pnmac.com | Apr 03 2026 00:30:56 | PENNYMAC LOAN SERVICES, LLC, P.O. Box 2410, Moorpark, CA 93020-2410 |
| 15013718 | ^ | MEBN | Apr 03 2026 00:19:28 | PENNYMAC LOAN SERVICES, LLC, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 15028561 |  | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 03 2026 00:31:04 | PORTFOLIO RECOVERY ASSOCIATES, LLC, POB 41067, Norfolk, VA 23541 |
| 15016819 |  | Email/Text: RVSVCBICNOTICE1@state.pa.us | Apr 03 2026 00:21:00 | Pennsylvania Department of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg, PA 17128-0946 |
| 15006458 |  | Email/PDF: ebnotices@pnmac.com | Apr 03 2026 00:45:39 | Pennymac Loan Services, LLC, Attn: Correspondence, Unit PO Box 514387, Los Angeles, CA 90051-4387 |
| 15006457 |  | Email/PDF: ebnotices@pnmac.com | Apr 03 2026 00:30:46 | Pennymac Loan Services, LLC, PO Box 514387, Los Angeles, CA 90051-4387 |
| 15028614 |  | Email/Text: bnc-quantum@quantum3group.com | Apr 03 2026 00:21:00 | Quantum3 Group LLC as agent for, Crown Asset Management LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 15027743 |  | Email/Text: bnc-quantum@quantum3group.com | Apr 03 2026 00:21:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 15006460 |  | Email/PDF: ais.sync.ebn@aisinfo.com | Apr 03 2026 00:31:02 | Synchrony Bank/Amazon, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 15006459 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Apr 03 2026 00:30:52 | Synchrony Bank/Amazon, PO Box 71737, Philadelphia, PA 19176-1737 |
| 15006462 |  | Email/PDF: ais.sync.ebn@aisinfo.com | Apr 03 2026 00:30:52 | Synchrony Bank/Sams Club, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 15006461 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Apr 03 2026 00:30:41 | Synchrony Bank/Sams Club, PO Box 71727, Philadelphia, PA 19176-1727 |
| 15006463 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Apr 03 2026 00:31:01 | Synchrony/Paypal Credit, PO Box 71727, Philadelphia, PA 19176-1727 |
| 15006464 |  | Email/PDF: ais.sync.ebn@aisinfo.com | Apr 03 2026 00:30:41 | Synchrony/Paypal Credit, Attn: Bankruptcy, PO Box 965064, Orlando, FL 32896-5064 |
| 15028670 | + | Email/Text: RASEBN@raslg.com | Apr 03 2026 00:21:00 | USAA Federal Savings Bank, Robertson, Anschutz, Schneid,, Crane & Partners, PLLC, 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 15006466 |  | Email/Text: bkelectronicnotices@usaa.com | Apr 03 2026 00:21:00 | Usaa Federal Savings Bank, Attn: Bankruptcy, 9800 Fredericksburg Rd, San Antonio, TX 78288-0001 |
| 15006465 |  | Email/Text: bkelectronicnotices@usaa.com | Apr 03 2026 00:21:00 | Usaa Federal Savings Bank, 10750 McDermott Fwy, San Antonio, TX 78288-0002 |

TOTAL: 37

District/off: 0313-4        User: admin        Page 3 of 3

Date Rcvd: Apr 02, 2026        Form ID: 155        Total Noticed: 38

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 04, 2026        Signature:     /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 2, 2026 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| DAVID W. TIDD | on behalf of Debtor Melanie Ann Moyer bankruptcy@davidtiddlaw.com |
| MATTHEW K. FISSEL | on behalf of Creditor PENNYMAC LOAN SERVICES  LLC bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com |
| SCOTT F. WATERMAN [Chapter 13] | ECFMail@ReadingCh13.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 4

*Form 155* (2/24)

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                    )
    Melanie Ann Moyer      )          Case No. 25−11823−pmm
                      )
                      )
    Debtor(s).            )          Chapter: 13
                      )
                      )

## ORDER CONFIRMING PLAN UNDER CHAPTER 13

    **AND NOW**, upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

    **A.** a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

    **B.** the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

    **C.** any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

**WHEREFORE**, it is **ORDERED** that the plan is **CONFIRMED**.

Date: April 2, 2026                 For The Court

                                      Patricia M. Mayer
                                      Judge, United States Bankruptcy Court